UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE I.C.A.,<br><br>    Petitioner,<br><br>    v.<br><br>TODD LYONS, *Acting Director, Immigration Customs and Enforcement*; CHRISTOPHER CHESTNUT, *Warden, California City Correctional Facility*,<br><br>    Respondents. | No.  1:25-cv-01542-SKO (HC)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Docs. 14, 15) |

    On December 8, 2025, Respondents Todd Lyons, *Acting Director, Immigration Customs and Enforcement*; and Christopher Chestnut, *Warden, California City Correctional Facility* (collectively "Respondents") filed a "Status Update" in which Respondents notified the Court that Petitioner Josue I.C.A. and Respondents had come to an agreement that Petitioner be released and dropped off at a Greyhound bus station to allow Petitioner to return to Maryland by bus (which they represent would be faster than air travel).

    Respondents represent that Petitioner was dropped off at a Greyhound bus station on December 5, 2025, and as of December 8, 2025, was on a bus on his way back to Maryland.  (Doc.

1

15). In light of Petitioner's release and in accordance with the Court's December 5, 2025 order, (Doc. 14), the Court DIRECTS the Clerk to close the case and enter judgment in favor of Petitioner.

IT IS SO ORDERED.

Dated:   **December 10, 2025**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE